NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VEHICLE OPERATION TECHNOLOGIES, LLC,**
*Plaintiff-Appellant,*

v.

**BMW OF NORTH AMERICA LLC,**
*Defendant-Cross Appellant,*

AND

**FORD MOTOR COMPANY,**
*Defendant-Appellee,*

AND

**GENERAL MOTORS LLC,**
*Defendant-Appellee,*

AND

**MITSUBISHI MOTORS NORTH AMERICA, INC.,**
*Defendant-Cross Appellant.*

---

2014-1831, -1832, -1833, -1837, 2015-1003, -1005

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00538-RGA, 1:13-cv-

00539-RGA, 1:13-cv-00540-RGA, and 1:13-cv-00712-RGA, Judge Richard G. Andrews.

## ON MOTION

## O R D E R

Vehicle Operation Technologies, LLC ("VOT") and Ford Motor Company et al. move jointly to stay these consolidated appeals pending the district court's ruling on the motions to declare the cases exceptional pursuant to 35 U.S.C. § 285. VOT separately moves for an extension of time to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay proceedings is granted. The briefing schedule is stayed. Within 14 days of the issuance of the district court's order on the 35 U.S.C. § 285 motions, the parties are directed to inform the court of how they believe these appeals should proceed.

(2) VOT's motion for an extension of time is denied as moot.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31