NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VEHICLE OPERATION TECHNOLOGIES, LLC,**
*Plaintiff-Appellant,*

v.

**BMW OF NORTH AMERICA LLC,**
*Defendant-Cross Appellant,*

AND

**FORD MOTOR COMPANY,**
*Defendant-Appellee,*

AND

**MITSUBISHI MOTORS NORTH AMERICA, INC.,**
*Defendant-Cross Appellant.*

---

2014-1831, -1832, -1837, 2015-1003, -1005

---

Appeals from the United States District Court for the District of Delaware in Nos. 1:13-cv-00538-RGA, 1:13-cv-00539-RGA, and 1:13-cv-00712-RGA, Judge Richard G. Andrews.

-------------------------------------------------------------------------------

**VEHICLE OPERATION TECHNOLOGIES, LLC,**
*Plaintiff-Appellant,*

v.

**GENERAL MOTORS LLC,**
*Defendant-Appellee.*

───────────────

2014-1833

───────────────

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00540-RGA, Judge Richard G. Andrews.

-------------------------------------------------------------------------------

───────────────

**ON MOTION**

───────────────

**O R D E R**

Upon consideration of Vehicle Operation Technologies, LLC and General Motors, LLC's joint motion to dismiss 2014-1833,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. 2014-1833 is dismissed.

(2) Each party shall bear its own costs in 2014-1833.

(3) The revised official caption for 2014-1831 et al. is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s25

ISSUED AS A MANDATE (for 2014-1833 only): March 11, 2015