NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**VEHICLE OPERATION TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**MITSUBISHI MOTORS NORTH AMERICA, INC.,**
*Defendant-Cross Appellant*
_____

2014-1837, 2015-1005
_____

Appeals from the United States District Court for the District of Delaware in No. 1:13-cv-00712-RGA, Judge Richard G. Andrews.

-------------------------------------------------------------------------------

**VEHICLE OPERATION TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**BMW OF NORTH AMERICA LLC,**
*Defendant-Cross Appellant*
_____

2014-1831, 2015-1003
_____

Appeals from the United States District Court for the District of Delaware in No. 1:13-cv-00538-RGA, Judge Richard G. Andrews.

---

**VEHICLE OPERATION TECHNOLOGIES, LLC,**
*Plaintiff-Appellant*

v.

**FORD MOTOR COMPANY,**
*Defendant-Appellee*

---

2014-1832

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00539-RGA, Judge Richard G. Andrews.

---

**ON MOTION**

---

**O R D E R**

Vehicle Operation Technologies ("VOT") and BMW of North America move jointly to "dismiss VOT's appeal and BMW's cross-appeal." VOT and Ford Motor Company move jointly to dismiss VOT's appeal relative to Ford Motor.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions to dismiss are granted. 2014-1831, 2014-1832, and 2015-1003 are dismissed.

(2) Each party shall bear its own costs in 2014-1831, 2014-1832, and 2015-1003.

(3) The revised official caption for 2014-1837 et al. is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31

ISSUED AS A MANDATE (as to 2014-1831, 2014-1832, 2015-1003 only): July 21, 2015